# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRIS JOSEPH ROBIN

NO. 2024 KW 1125

**FEBRUARY 10, 2025**

---

In Re:    Chris Joseph Robin, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          0984-F-2022/0985-M-2022.

---

BEFORE:    **PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to comply with the requirements of Uniform Rules of Louisiana Courts of Appeal, Rule 4-3 by failing to timely file the instant writ application within thirty days of the district court's ruling or include documentation of a timely request for any extensions to the return date. Additionally, counsel failed to comply with Rule 4-5(B) & 4-5(C)(7), (10), & (11) by failing to properly number the pages, include a copy of the bill of information, pertinent court minutes, and any opposition and any attachments filed by a party in the trial court or a statement by the applicant that no opposing written document was filed. Counsel also failed to include a copy of the exhibits introduced at the suppression hearing or a statement indicating the exhibits are not relevant to the issues raised in this writ application. See **City of Baton Rouge v. Plain,** 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before February 27, 2025, and should include the entire contents of this application, the missing items, and a copy of this ruling.

                              **AHP**
                              **TPS**

        **Calloway, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.